(Rev. 5/85) Judgment in a Civil Case ☒

# United States District Court

Eastern District of Wisconsin

KEYIA LEWIS,            JUDGMENT IN A CIVIL CASE
      Plaintiff,

         v.                         CASE NUMBER: 04-C-601

HALL IMPORTS, INC.,
      Defendant.


[X]     Decision by Court. This action came for consideration before the Court.

       **IT IS ORDERED AND ADJUDGED** that summary judgment is granted in favor of defendant and the plaintiff's complaint and this case is hereby dismissed.


                                         SOFRON B. NEDILSKY
                                         Clerk of Court

March 13, 2006                 s/ V. Kelly Barton Terry
Date                                         (By) Deputy Clerk


                                         Approved this 13th day of March, 2006.

                                         s/AARON E. GOODSTEIN
                                         United States Magistrate Judge